UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
CATARELLO, DANIEL P. §    Case No. 13-37908
CATARELLO, BEATRICE E. §
 §
       Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
            CLERK  OF THE COURT
            219 s. DEARBORN STREET
            CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 06/20/2014 in Courtroom 240,
            Kane County Courthouse
            100 S. Third Street
            Geneva Illinois
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 05/20/2014            By: CLERK  OF THE COURT


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re:  §
§
CATARELLO, DANIEL P.  §   Case No. 13-37908
CATARELLO, BEATRICE E.  §
§
Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,925.09 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 10,925.09 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

NONE

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 159,222.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 11,531.26 | $ 0.00 | $ 791.22 |
| 2 | First National Bank of Omaha | $ 1,095.81 | $ 0.00 | $ 75.19 |
| 3 | Capital One Bank | $ 3,047.39 | $ 0.00 | $ 209.10 |
| 4 | U.S. Dept of Education | $ 32,723.86 | $ 0.00 | $ 2,245.35 |
| 5 | US Dept of Education | $ 110,824.56 | $ 0.00 | $ 7,604.23 |
| | Total to be paid to timely general unsecured creditors | | | $ 10,925.09 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE


Prepared By: /s/Brenda Porter Helms
Trustee


*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-37908-DRC
Daniel P. Catarello                                                 Chapter 7
Beatrice E. Catarello
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1           User: ccabrales            Page 1 of 1            Date Rcvd: May 21, 2014
                               Form ID: pdf006            Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 23, 2014.
```
db/jdb         +Daniel P. Catarello,    Beatrice E. Catarello,    1S160 Radford Lane,    Villa Park, IL 60181-3661
21034554        Bank Of America,    Po Box 851001,    Dallas, TX   75285-1001
21034555        Bank Of America Amway,    PO Box 851001,    Dallas, TX   75285-1001
21034563       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                 (address filed with court:  Home Depot,    Citi Cards Private Label/BK,    PO Box 20483,
                  Kansas City, MO   64195)
21034556        Capital One,    Po Box 6492,    Carol Stream, IL   60197-6492
21426887        Capital One Bank (USA), N.A.,     PO Box 71083,    Charlotte, NC   28272-1083
21034552       +Catarello Beatrice E,    1S160 Radford Lane,    Villa Park, IL 60181-3661
21034551       +Catarello Daniel P,    1S160 Radford Lane,    Villa Park, IL 60181-3661
21034557        Chase Bank,    PO Box 15153,    Wilmington, DE   19886-5153
21034558       +Citi Bank,    Box 6500,    Sioux Falls, SD 57117-6500
21034559       +Community Housing Advocacy & Development,     531 E. Roosevelt Rd #200,    Wheaton, IL 60187-5583
21034561       +Emilie E.D. Hunt,    230 W. Monroe,    Chciago, IL 60606-4703
21034562        First National Bank,    PO Box 2557,    Omaha, NE   68103-2557
21313058       +First National Bank of Omaha,     1620 Dodge Street Stop Code 3105,    Omaha Ne 68197-0002
21034564       +Johnson Blumberg & Assoc, LLC,     230 W Monroe Street, Suite 1125,    Chicago, IL 60606-4723
21034566       +US Bank,    3121 Michelson Drive 5th Floor,    Irvine, CA 92612-7672
21034567       +US Department Of Education,    PO Box 7860,    Madison, WI 53707-7860
21515154        US Department of Education,     Claims Filing Unit,    PO Box 8973,    Madison, WI   53708-8973
21034568       +US Depatment Of Education,    PO Box 7860,    Madison, WI 53707-7860
21034553       +William Guild Law Offices,    1N141 County Farm Road Suite 203,    Winfield, IL 60190-2032
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
21034560        E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2014 01:26:18      Discover,    Po Box 6103,
                 Carol Stream, IL   60197-6103
21282315        E-mail/PDF: mrdiscen@discoverfinancial.com May 22 2014 01:26:18      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH   43054-3025
21581145        E-mail/Text: cio.bncmail@irs.gov May 22 2014 01:21:04       Department of the Treasury,
                 Internal Revenue Service,    Cincinnati OH 45999
21034565       +E-mail/PDF: pa_dc_claims@navient.com May 22 2014 01:23:41       Sallie Mae,    PO Box 9500 SMI 13421,
                 Wilkes-Barre, PA 18773-9500
                                                                                               TOTAL: 4
```

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2014                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 20, 2014 at the address(es) listed below:
```
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Brenda Porter Helms, ESQ    on behalf of Trustee Brenda Porter Helms, ESQ
               brenda.helms@albanybank.com,    bhelms@ecf.epiqsystems.com
              Josephine J Miceli    on behalf of Creditor    U.S. Bank, National Association
               Jo@johnsonblumberg.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              William L. Guild    on behalf of Joint Debtor Beatrice E. Catarello guildlaw@hotmail.com,
               klkaelin@core.com
              William L. Guild    on behalf of Debtor Daniel P. Catarello guildlaw@hotmail.com,
               klkaelin@core.com
                                                                                              TOTAL: 6
```