UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re: §
§
CATARELLO, DANIEL P. § Case No. 13-37908
CATARELLO, BEATRICE E. §
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $       (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

4) This case was originally filed under chapter   on           . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By: /s/BRENDA PORTER HELMS, TRUSTEE_____
                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Community Housing Advocacy & Development |  |  |  |  |  |
|  | US Bank |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BRENDA HELMS, TRUSTEE | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dept. of Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Amway | | | | | |
| | Chase Bank | | | | | |
| | Citi Bank | | | | | |
| | Citi Bank | | | | | |
| | Home Depot | | | | | |
| | Sallie Mae | | | | | |
| 3 | CAPITAL ONE BANK | | | | | |
| 1 | DISCOVER BANK | | | | | |
| 4 | EDUCATION | | | | | |
| 2 | FIRST NATIONAL BANK OF OMAHA | | | | | |
| 5 | US DEPT OF EDUCATION | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 13-37908 | Judge: DONALD R. CASSLING | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|---|
| Case Name: | CATARELLO, DANIEL P. | | | Date Filed (f) or Converted (c): | 09/26/13 (f) |
| | CATARELLO, BEATRICE E. | | | 341(a) Meeting Date: | 10/25/13 |
| For Period Ending: | 09/03/14 | | | Claims Bar Date: | 02/26/14 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH ON HAND | 10.00 | 0.00 | | 0.00 | FA |
| 2. CHECKING ACCOUNT WITH PNC | 50.00 | 0.00 | | 0.00 | FA |
| 3. CHECKING ACCOUNT WITH PNC | 50.00 | 0.00 | | 0.00 | FA |
| 4. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL AND JEWELRY | 1,000.00 | 0.00 | | 0.00 | FA |
| 6. PENSION PLANS AND PROFIT SHARING | 170.00 | 0.00 | | 0.00 | FA |
| 7. INTEGRATED HEALTH SOURCE BUSINESS | 10.00 | 0.00 | | 0.00 | FA |
| 8. 2000 TOYOTA CAMRY | 1,032.00 | 0.00 | | 0.00 | FA |
| 9. 2008 HONDA PILOT | 9,134.00 | 0.00 | | 0.00 | FA |
| 10. INHERITANCE (u) | 0.00 | 0.00 | | 10,925.09 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)   $12,456.00   $0.00   $10,925.09   $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 03/31/14     Current Projected Date of Final Report (TFR): 03/31/14

LFORM1                                                                                          Ver: 18.01

**UST Form 101-7-TDR (5/1/2011)** *(Page: 6)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 13-37908 -CAS | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | CATARELLO, DANIEL P. | | Bank Name: | ASSOCIATED BANK |
| | CATARELLO, BEATRICE E. | | Account Number / CD #: | *******1731 Checking - Non Interest |
| Taxpayer ID No: | *******4143 | | | |
| For Period Ending: | 09/03/14 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 03/15/14 | 10 | Edward Jones<br>201 Progress Parkway<br>Maryland Heigths MO 63043 | INHERITANCE | 1229-000 | 10,925.09 | | 10,925.09 |
| 06/21/14 | 010001 | The Helms Law Firm P.C. | Chapter 7 Trustee compensation | 2100-000 | | 1,842.51 | 9,082.58 |
| 06/21/14 | 010002 | Discover Bank<br>DB Servicing Corporation<br>P.O. Box 3025<br>New Albany OH 43054 | Claim 1, Payment 5.70432% | 7100-000 | | 657.78 | 8,424.80 |
| 06/21/14 | 010003 | First National Bank of Omaha<br>1620 Dodge Street Stop Code 3105<br>Omaha NE 68197 | Claim 2, Payment 5.70446% | 7100-000 | | 62.51 | 8,362.29 |
| 06/21/14 | 010004 | Capital One Bank<br>P.O. Box 71083<br>Charlotte NC 28272 | Claim 3, Payment 5.70423% | 7100-000 | | 173.83 | 8,188.46 |
| 06/21/14 | 010005 | U.S. Dept of Education<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison WI 53708 | Claim 4, Payment 5.70431% | 7100-000 | | 1,866.67 | 6,321.79 |
| 06/21/14 | 010006 | US Dept of Education<br>Claims Filing Unit<br>P.O. Box 8973<br>Madison WI 53708 | Claim 5, Payment 5.70432% | 7100-000 | | 6,321.79 | 0.00 |

Page Subtotals        10,925.09        10,925.09

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 13-37908 -CAS | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | CATARELLO, DANIEL P. | Bank Name: | ASSOCIATED BANK |
| | CATARELLO, BEATRICE E. | Account Number / CD #: | *******1731 Checking - Non Interest |
| Taxpayer ID No: | *******4143 | | |
| For Period Ending: | 09/03/14 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  | COLUMN TOTALS | 10,925.09 | 10,925.09 | 0.00 |
|---|---|---|---|---|---|
|  |  | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
|  |  | Subtotal | 10,925.09 | 10,925.09 | |
|  |  | Less: Payments to Debtors | | 0.00 | |
|  |  | Net | 10,925.09 | 10,925.09 | |

| | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | | |
| Checking - Non Interest - *******1731 | | 10,925.09 | 10,925.09 | 0.00 |
| | | ---------------------- | ---------------------- | ---------------------- |
| | | 10,925.09 | 10,925.09 | 0.00 |
| | | ============= | ============= | ============= |
| | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 09/03/14
BRENDA PORTER HELMS, TRUSTEE

Page Subtotals   0.00   0.00

Ver: 18.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*